UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 2:22-bk-00426-FMD |
| Chef Casey, LLC, | Chapter 11, Subchapter V |
| Debtor. | Chief Judge Caryl E. Delano |

_____/

**DEBTOR'S MOTION FOR
ENTRY OF FINAL DECREE AND
CERTIFICATE OF SUBSTANTIAL CONSUMMATION**

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at Sam Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602-3899 within fourteen (14) days from the date of the attached proof of service, plus an additional three (3) days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

Chef Casey, LLC, the above-captioned debtor ("Debtor"), by and through the

undersigned legal counsel, pursuant to sections 350(a) and 1101(2) of Title 11 of the United

States Code ("Bankruptcy Code"), Rule 3022 of the Federal Rules of Bankruptcy Procedure

(each a "Bankruptcy Rule" and, collectively, the "Bankruptcy Rules"), and Local Rule 3022-1,

files this Motion for Entry of Final Decree ("Motion") and, as grounds therefor, respectfully

states as follows:

## JURISDICTION

1.      The United States District Court for the Middle District of Florida ("Court") is the

proper venue for the above-captioned Chapter 11 bankruptcy case ("Case") pursuant to 28

U.S.C. § 89(b), 1408(1), and 1409. The Court's Fort Myers Division is the appropriate place to

hold court under Local Rule 1071-1(b)(4).

2.      Consideration of the Motion is a core proceeding pursuant to 28 U.S.C. §

157(b)(2). The statutory bases for the Motion include Bankruptcy Code sections 350(a), 1101(2),

Bankruptcy Rule 3022, and Local Rule 3022-1.

## BACKGROUND

3.      On April 14, 2022, the Debtor filed its voluntary petition for relief under Chapter

11, Subchapter V of the Bankruptcy Code.

4.      On July 13, 2022, the Debtor filed its Plan of Reorganization for Small Business

Under Chapter 11, Subchapter V (Doc. No. 65) ("Plan").

5.      On November 16, 2022, the Court issued its Order Confirming Debtor's Plan of

Reorganization Under Chapter 11, Subchapter V, as Further Amended and Modified Herein

(Doc. No. 150) ("Confirmation Order").

6.      Pursuant to Confirmation Order, and as provided by the Notice of Occurrence of

Effective Date (Doc. No. 157), the Plan's Effective Date was December 30, 2022. The Debtor's

Verified Final Report and Accounting of Payment of Claims and Substantial Consummation

("Final Report") is annexed hereto as Exhibit A.

## RELIEF REQUESTED

7.      The Debtor respectfully requests entry of an order: (i) granting the Motion; (ii) entering a Final Decree closing the Case; (iii) discharging the Debtor from all debts and liabilities, and terminating all rights and interests of the Debtor's equity interest holders, except as provided in the Plan and Confirmation Order; and (iv) granting the Debtor such other and further relief as the Court deems just and proper.

## BASES FOR RELIEF REQUESTED

8.      The Court should enter an order granting the Motion because: (i) the Plan has been substantially consummated pursuant to Bankruptcy Code section 1101(2); and (ii) the Debtor's bankruptcy estate has been fully administered as required by Bankruptcy Rule 3022.

9.      Bankruptcy Code section 1101(2) defines "substantial consummation" as follows:

> "(A) transfer of all or substantially all of the property proposed by the plan to be transferred;
>
> (B) assumption by the Debtor or by the successor to the Debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and
>
> (C) commencement of distribution under the plan."

11 U.S.C. § 1101(2) (2023).

10.      Substantial consummation occurred because the Debtor has: (i) transferred substantially all the property proposed to be transferred under the Plan; (ii) assumed substantially all of the property dealt with by the Plan; and (iii) commenced distribution as provided for under the Plan. *See generally* Ex. A. Accordingly, substantial consummation has occurred.

11.      Bankruptcy Rule 3022 states that "[a]fter an estate is fully administered in a Chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022 (2023).

12.    Importantly, the Plan was confirmed as a consensual plan under Section 1191(a) of the Bankruptcy Code.  The Debtor's bankruptcy estate, therefore, has been fully administered in the Case and, through the Motion, the Debtor requests a final decree closing the Case.

WHEREFORE, for the reasons stated herein, the Debtor respectfully requests the Court enter an order: (i) granting the Motion; (ii) entering a final decree closing the Case; (iii) discharging the Debtor from all debts and liabilities, and terminating all rights and interests of the Debtor's equity interest holders, except as provided in the Plan and Confirmation Order; and (iv) granting the Debtor such other and further relief as the Court deems just and proper.

**Dated**: July 13, 2023

Respectfully submitted,

**DAL LAGO LAW**
999 Vanderbilt Beach Road
Suite 200
Naples, FL 34108
Telephone: (239) 571-6877

By: */s/ Jennifer M. Duffy*
MICHAEL R. DAL LAGO
Florida Bar No. 102185
Email: mike@dallagolaw.com
CHRISTIAN GARRETT HAMAN
Florida Bar No. 1017079
Email: chaman@dallagolaw.com
JENNIFER M. DUFFY
Florida Bar No. 1028911
Email: jduffy@dallagolaw.com

*Counsel for Chef Casey, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY that a true and correct copy of the foregoing was (i) electronically served through the Court's CM/ECF Noticing system upon entry to all attorneys of record and (ii) to all parties on the attached mailing matrix, not represented by Counsel, via First Class U.S. Mail, postage prepaid, this 13th day of July 2023.

*/s/ Jennifer M. Duffy*
JENNIFER M. DUFFY
Florida Bar No. 1028911

*Counsel for Chef Casey, LLC*

# **Exhibit A**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                    Case No. 2:22-bk-00426-FMD

Chef Casey, LLC,                                          Chapter 11, Subchapter V

                        Debtor.                           Chief Judge Caryl E. Delano
_____/

**VERIFIED FINAL REPORT AND ACCOUNTING OF
PAYMENT OF CLAIMS AND SUBSTANTIAL CONSUMMATION**

Under penalty of perjury, I declare that:

1.      I am Keith R. Casey. I am the Manager of Chef Casey, LLC, the above-captioned

debtor and debtor in possession ("Debtor"). I have possession and custody of the Debtor's books

and records relating to the payment of claims and distribution of property under Amended Plan

of Reorganization for Small Business Under Chapter 11, Subchapter V (Doc. No. 123) ("Plan")

as amended, modified, and approved by the Court in its Order Confirming Debtor's Amended

Plan of Reorganization for small Business Under Chapter 11, Subchapter V, as Further Amended

and Modified Herein (Doc. No. 145) ("Confirmation Order").

2.      Property has been distributed pursuant to the provisions of the Plan and

Confirmation Order. As more fully set forth in the attached Final Report and Accounting, the

Plan has been substantially consummated within the meaning of 11 U.S.C. § 1101(2).

3.      I declare under penalty of perjury that the foregoing is true and correct.

**Dated**: July 13, 2023                    **Chef Casey, LLC**

                                            By: */s/ Keith R. Casey*
                                            Keith R. Casey
                                            Manager

*Filer's Attestation: Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Jennifer M. Duffy attests that concurrence in the filing of this paper has been obtained.*

## Final Report and Accounting

**Chef Casey, LLC**
**Case No. 2:22-bk-00426-FMD**

**EFFECTIVE DATE: December 30, 2022 (*See* Doc. No. 157)**

**Class 1: Purported Secured Claim of Last Chance Funding Inc**

| Name of Creditor | Scheduled Amount | Claim Amount | Claim # | Amount Allowed | $ Paid in Plan | Monthly Payment | Terms |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Last Chance Funding Inc | N/A | N/A | N/A | $0.00 | $0.00 | N/A | See below |
| | | | | | | | |
| **Terms: Not entitled to payment pursuant to Plan and Confirmation Order; Lien avoided (*See* Doc. No. 133)** | | | | | | | |

**Class 2: Purported Secured Claim of Empire Funding**

| Name of Creditor | Scheduled Amount | Claim Amount | Claim # | Amount Allowed | $ Paid in Plan | Monthly Payment | Terms |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Empire Funding | $47448.88 | $47572.44 <br><br> **Secured Claim Impaired** | 1 | $47572.44 | $47572.44 | $937.29 | See below |
| | | | | | | | |
| **Terms: Not entitled to payment pursuant to Plan and Confirmation Order; Lien avoided (*See* Doc. No. 134)** | | | | | | | |

**Class 3: Purported Secured Claim of American Express National Bank**

| Name of Creditor | Scheduled Amount | Claim Amount | Claim # | Amount Allowed | $ Paid in Plan | Monthly Payment | Terms |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| American Express National Bank | $42500.00 | $91624.33 | 4 | $46500.00 | $46500.00 | See below | See below |
| | | | | | | | |
| Terms: Not entitled to payment pursuant to Plan and Confirmation Order; Lien avoided (*See* Doc. No. 136) | | | | | | | |

**Class 4: Purported Secured Claim of CT Corporation System**

| Name of Creditor | Scheduled Amount | Claim Amount | Claim # | Amount Allowed | $ Paid in Plan | Monthly Payment | Terms |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| CT Corporation System | $120858.54 | N/A | N/A | $0.00 | N/A | N/A | See below |
| | | | | | | | |
| Terms: Not entitled to payment pursuant to Plan and Confirmation Order; Lien avoided (*See* Doc. No. 138). | | | | | | | |

**Class 5: Purported Secured Claim of SPG Advance LLC**

| Name of Creditor | Scheduled Amount | Claim Amount | Claim # | Amount Allowed | $ Paid in Plan | Monthly Payment | Terms |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| SPG Advance LLC | $150000.00 | $152991.77 | N/A | $152991.77 | $41680.20 | $694.67 | See below |
| | | | | | | | |
| Terms: Not entitled to payment pursuant to Plan and Confirmation Order; Lien avoided (*See* Doc. No. 137) | | | | | | | |

**Class 6: Purported Secured Claim of Funding Metrics, LLC a/k/a Funding Metrix LLC**

| Name of Creditor | Scheduled Amount | Claim Amount | Claim # | Amount Allowed | $ Paid in Plan | Monthly Payment | Terms |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Funding Metrics, LLC a/k/a Funding Metrix LLC | $20505.00 | N/A | N/A | $20505.00 | N/A | N/A | See below |
| | | | | | | | |
| Terms: Not entitled to payment pursuant to Plan and Confirmation Order; Lien avoided (*See* Doc. No. 139) | | | | | | | |

**Class 7: Purported Secured Claim of CFG Merchant Solutions**

| Name of Creditor | Scheduled Amount | Claim Amount | Claim # | Amount Allowed | $ Paid in Plan | Monthly Payment | Terms |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| CFG Merchant Solutions | $XXXX | N/A | N/A | N/A | N/A | N/A | See below |
| | | | | | | | |
| Terms: General Unsecured Claim under Class 8 (*See* Doc. No. 135) | | | | | | | |

**Class 8: General Unsecured Creditors**

| Name of Creditor | Scheduled Amount | Claim Amount | Claim # | Amount Allowed | $ Paid in Plan | Annual Payment | Terms |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| CFG Merchant Solutions | $15,000.00 | $13,899.00 | 2 | $13,899.00 | $7,070.34 | $365.67 | See below |
| University Village Shops | Unknown | $413,916.27 | 4 | $413,916.27 | $210,533.34 | $70,177.67 | See below |
| FPL | $2,256.00 | N/A | N/A | $2,256.00 | $1,146.66 | $382.33 | See below |
| Marlin Capital | $30,000.00 | N/A | N/A | $30,000.00 | $15,258.66 | $5,086.33 | See below |
| Truist Card Services | $18,301.99 | N/A | N/A | $18,301.99 | $3,103.00 | $9,309.00 | See below |
| | | | | | | | |
| Terms: Class 8 creditors paid annually in the First Quarter of each year, totaling Debtor's disposable income for the preceding quarter, made on a pro rata basis. Class 8 claims shall be paid until the allowed claim is paid in full, or the Third (3rd) anniversary of the Effective Date, whichever is earlier. | | | | | | | |

Label Matrix for local noticing
113A-2
Case 2:22-bk-00426-FMD
Middle District of Florida
Ft. Myers
Thu Jul 13 16:15:29 EDT 2023

Accounting & Business Partners, LLC
10730 102nd Ave.
N. Seminole, FL 33778-4213

Keith Casey
165 Cocohatchee Street
Naples, FL 34110-1608

Chef Casey, LLC
885 Vanderbilt Beach Road
Naples, FL 34108-8710

Caryl E. Delano
Tampa
, FL

University Village Shops, LLC
c/o Noel Boeke, Esq.
Holland & Knight
100 N. Tampa Street, Suite 4100
Tampa, FL 33602-3644

885 Tenant, LLC
885 Vanderbilt Beach Road, Unit 52
Naples, FL 34108-8710

885 Tenant, LLC
c/o Holmes Fraser, PA
711 5th Avenue South #200
Naples, FL 34102-6628

Aiden Maxwell
8935 Madrid Circle
Naples, FL 34104-6227

Alsco
1100 N. Lime Avenue
Sarasota, FL 34237-3514

American Express National Bank
World Financial Center
200 Vesey Street
New York, NY 10285-1000

Armando Cervantes
842 94th Ave.
Naples, FL 34108-2451

Austin Shell
791 96th Ave North
Naples, FL 34108-2464

Breakthru Beverage
6031 Madison Ave.
Tampa, FL 33619-9633

C T Corporation System
Attn: SPRS
330 N Brand Blvd #700
Glendale, CA 91203-2336

CFG Merchant Solutions LLC
201 Route 17 N #805
Rutherford, NJ 07070-2557

CFG Merchant Solutions, LLC –
180 Maiden Ln. #15th
New York, NY 10038-5150

Christian Garrett Haman, Esq.
Dal Lago Law
999 Vanderbilt Beach Road, Suite 200
Naples, FL 34108-3512

Comcast
1701 JFK Blvd.
Philadelphia, PA 19103-2899

Danny Ford
3841 10thAve NE
Naples, FL 34120-4932

Dariusz Kasica
359 Burnt Pine Dr.
Naples, FL 34119-9775

Department of Revenue –
PO Box 6668
Tallahassee FL 32314-6668

Dyon Jackson, Tax Specialist 1
FL Department of Revenue, Bankruptcy
PO Box 8045
Tallahassee, FL 32314-8045

Emily Moody
6023 Westbourgh Drive
Naples, FL 34112-8802

Empire Funding
105 E. Front St.
Suite 3
Monroe, Michigan 48161-2160

Equity One (Florida Portfolio), LLC
c/o Chelsie J Pickett, Esq.
1011 N Wymore Road
Winter Park, FL 32789-1754

Equity One (Florida Portfolio), LLC
c/o RA United Agent Group, Inc.
801 US Highway 1
North Palm Beach, FL 33408-3811

FPL
700 Universe Blvd.
North Palm Beach, FL 33408-2657

Fishes Wholesale
1841 N. Powerline Rd.
Pompano Beach, FL 33069-1201

Funding Metrix, LLC
3220 Tillman Drive
Bensalem, PA 19020-2050

Halperns Corporate Office
CORPORATE OFFICE
4685 welcome All Road
Atlanta, GA 30349-2541

Internal Revenue Service -
P.O. Box 7346
Philadelphia, PA 19101-7346

Jacqueline Burgos
5081 Arancia Ln. Ave
Maria, FL 34142-9685

Jennifer Arnes
8805 Tamiami Trail N.
Naples, FL 34108-2525

Jennifer Mary Duffy, Esq.
Dal Lago Law
999 Vanderbilt Beach Road
Suite 200
Naples, FL 34108-3512

KC American Bistro
885 Vanderbilt Beach Road
Naples, FL 34108-8710

Kate Corace
409 Cypress Way E
Naples, FL 34110-1107

Last Chance Funding Inc
3000 Marcus Avenue, Suite 2W15
New Hyde Park, NY 11042-1005

Lukasz Pastewski
359 Burnt Pine Dr.
Naples, FL 34119-9775

Marlin Capital Solutions
c/o Sharon Savitz
300 Fellowship Road
Mount Laurel, NJ 08054-1201

Martin Rodriguez
14515 Grey Fox Run Apt. 122
Naples, FL 34110-7048

Mr. Greens Produce
2450 NW 116th St., Bldg. 1
Miami, FL 33167-0010

Mr. Keith Casey
c/o Gregory A. Champeau, Esq.
999 Vanderbilt Beach Rd., Suite 232
Naples, FL 34108-3508

Ofelia Arriaga
2700 Cypress Trace Circle Apt. 3126
Naples, FL 34119-8488

Olexly Luschcheko
800 Chestnut Ct.
Marco Island, FL 34145-2312

Pasha Cherkesov
1085 Bald Eagle Dr., Unit E306
Marco Island, FL 34145-2165

Payroll Dones Inc.
14828 Indigo Lakes Circle
Naples, FL 34119-4812

RNDC
441 S.W. 12th Ave.
Deerfield Beach, FL 33442-3109

Raymond Wray
787 94th Avenue
Naples, FL 34108-2448

(p)REGENCY CENTERS
ATTN LEGAL DEPARTMENT
ONE INDEPENDENT DRIVE
SUITE 114
JACKSONVILLE FL 32202-5005

SPG Advance LLC
1221 McDonald Ave
Brooklyn, NY 11230-3322

Seth Holt
637 95th Ave. N
Naples, FL 34108-2454

Southern Wine and Spirits
25150 Bernwood Drive
Bonita Springs, FL 34135-2601

State of FL Department of Revenue
c/o Frederick F. Rudzik, Esq.
PO Box 6668
Tallahassee, FL 32314-6668

Sysco
3000 69th St.
Palmetto, FL 34221-8440

Teco Gas
5901 Enterprise Pkwy.
Fort Myers, FL 33905-5004

Teco Gas
FPL 700 Universe Blvd.
North Palm Beach, FL 33408-2657

Truist Card Services
Collection Solutions Team
MC 886-97-01-64
PO Box 4986
Orlando, FL 32802-4986

University Village Shops LLC -
c/o Noel Boeke, Esq., Holland & Knight L
100 N. Tampa Street, Suite 4100
Tampa, FL 33602-3642

University Village Shops LLC
c/o Patrick M. Chidnese, Esq.
307 5th Avenue South, Suite 200
Tampa, FL 33606

Vele Mitreski
861 Windsor SquareApt. 201
Naples, FL 34104

Vend Lease Company Inc
8100 Sandpiper Circle
Suite 300
Nottingham, MD 21236-4992

Victoria Roubicek
3520 18th Ave SE
Naples, FL 34117-5572

William Casey
4601 Gulf Shore Blvd. N. Unit 8
Naples, FL 34103-2213

William Lacroix
25488 Carney Circle
Bonita Springs, FL 34135-7744

Winebow
1822 Southwest 2nd Street
Pompano Beach, FL 33069-3115

Noel R Boeke +
Holland & Knight
100 N. Tampa Street
Ste 4100
Tampa, FL 33602-3644

Gregory A Champeau +
Champeau Law
999 Vanderbilt Beach Rd., Suite 232
Naples, FL 34108-3508

Benjamin E. Lambers +
Timberlake Annex
501 E. Polk Street, Suite 1200
Tampa, FL 33602-3945

United States Trustee - FTM +
Timberlake Annex, Suite 1200
501 E. Polk Street
Tampa, FL 33602-3949

Michael R Dal Lago +
999 Vanderbilt Beach Road, Suite 200
Naples, FL 34108-3512

Christian G Haman +
Dal Lago Law
999 Vanderbilt Beach Road, Suite 200
Naples, FL 34108-3512

Ruediger Mueller +
Dr. Mueller Associates, Inc.
1112 Watson Court
Reunion, FL 34747-6784

Jennifer M Duffy +
Dal Lago Law
999 Vanderbilt Beach Road, Suite 200
Naples, FL 34108-3512

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Regency Centers
3715 Northside Pkwy NW
Building 400, Suite 400
Atlanta, GA 30327

(d)Regency Centers, L.P.
c/o Manager
One Independent Drive #114
Jacksonville, FL 32202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Keith Casey
165 Cocohatchee St.
Naples, FL 34110-1608

(d)University Village Shops LLC
c/o Noel Boeke, Esq.
Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602-3644

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    73
Bypassed recipients     3
Total                  76